**Order entered September 17, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-19-01398-CR
No. 05-19-01399-CR
No. 05-19-01485-CR

**DONNELL SLEDGE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-56048, F17-56046, F17-5604**

**ORDER**

Before the Court are appellant's counsel's June 4, 2021 and June 21, 2021 motions for leave to withdraw as appointed counsel on appeal due to conflict of interest.

We **ORDER** counsel to respond **WITHIN TEN DAYS OF THIS ORDER**, with:

(1) supplementation of her motion to withdraw with explanations of the conflicts of interest cited in her June 4 and 21 motions; **OR**

(2) reply that she intends to stand on her filed June 4 and 21 motions; **OR**

(3) withdrawal of her June 4 and 21 motions.

Also before the Court is the State's September 2, 2021 motion for rehearing. If counsel intends to withdraw her June 4 and 21 motions, we request she file appellant's response to the State's motion **WITHIN TWENTY DAYS OF THIS ORDER**.

/s/    DAVID J. SCHENCK
        JUSTICE